JUDGE BUCHWALD

'08 CIV 5476

323-08/MEU/SI
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
MARDENIZ DENIZCILIK ISLETMELERI A.S.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
MARDENIZ DENIZCILIK ISLETMELERI A.S.,   08 CV     (    )

                    Plaintiff,

                    **RULE 7.1 STATEMENT**

     -against-

SARA INTERNATIONAL LIMITED,

                    Defendant.
----------------------------------------------------------------x

    The Plaintiff, MARDENIZ DENIZCILIK ISLETMELERI A.S., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that the Plaintiff is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       June 17, 2008

                                 FREEHILL HOGAN & MAHAR, LLP
                                 Attorneys for Plaintiff
                                 MARDENIZ DENIZCILIK ISLETMELERI A.S.

            By: _____
                                 Michael E. Unger (MU 0045)
                                 80 Pine Street
                                 New York, NY 10005
                                 Telephone: (212) 425-1900
                                 Fax: (212) 425-1901

NYDOCS1/306845.1